**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **PHOTONIC CURING LLC,**<br><br>  Plaintiff,<br><br>v.<br><br>**KERR CORPROATION,**<br><br>  Defendant. | **CIVIL ACTION NO. 2:15-cv-634**<br><br>**JURY TRIAL DEMANDED** |

### JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Photonic Curing LLC and Defendant Kerr Corporation hereby submit this motion and provide notice to the Court pursuant to the Court's Standing Order Regarding Proper Notification of Settlement to the Court.  The Parties have reached an agreement in principle in this matter and expect to finalize the agreement within the stay requested.

In furtherance of the Parties' agreement, the Parties jointly move the Court for a temporary stay of the entry of a docket control order in this case, and a stay of all applicable deadlines, for thirty (30) days in which time the Parties expect to finalize the agreement and file dismissal papers with the Court.

WHEREFORE, the Parties respectfully request that the Court grant this joint motion and enter a temporary thirty (30) day stay of all applicable deadlines.

Dated: September 11, 2015               Respectfully submitted,

                                        By: */s/ Austin Hansley*
                                        **AUSTIN HANSLEY P.L.L.C.**
                                        Austin Hansley
                                        Texas Bar No.: 24073081
                                        Brandon LaPray
                                        Texas Bar No.: 24087888

5050 Quorum Dr. Suite 700
Dallas, Texas 75254
Telephone:    (469) 587-9776
Facsimile:    (855) 347-6329
Email: Austin@TheTexasLawOffice.com
www.TheTexasLawOffice.com
**ATTORNEY FOR PLAINTIFF
PHOTONIC CURING LLC**

By  /s/  Robert Greeson
    Robert Greeson
    Texas Bar No. 24045979
    robert.greeson@nortonrosefulbright.com
    Gita Srivastava
    Texas Bar No. 24083898
    gita.srivastava@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Tel:   (214) 855-8000
Fax:   (214) 855-8200

    Gina Shishima
    Texas Bar No. 24008032
    gina.shishima@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT US LLP**
666 Fifth Avenue
New York, NY 10103-3198
Tel:   (212) 318-3000
Fax:   (212) 318-3400

**ATTORNEYS FOR DEFENDANT
KERR CORPORATION**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 11, 2015.

    */s/ Austin Hansley*
    Austin Hansley