**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **PHOTONIC CURING LLC,**  **Plaintiff,**  v.  **KERR CORPROATION,**  **Defendant.** | **CIVIL ACTION NO. 2:15-cv-634**  **JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES

Before the Court is the Motion to Stay All Deadlines filed by Plaintiff Photonic Curing LLC and Defendant Kerr Corporation. The Court determines that said motion is GRANTED.

It is therefore ORDERED that all pending deadlines are stayed for thirty (30) days from the date of this order.