# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **PHOTONIC CURING LLC,** | |
| **Plaintiff,** | **CIVIL ACTION NO. 2:15-cv-634** |
| v. | |
| **KERR CORPROATION,** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES

Before the Court is the Motion to Stay All Deadlines filed by Plaintiff Photonic Curing LLC and Defendant Kerr Corporation. The Court determines that said motion is GRANTED.

It is therefore ORDERED that all pending deadlines are stayed for thirty (30) days from the date of this order.

**SIGNED this 18th day of September, 2015.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE